B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

Southern _____ District Of __Texas_____

In re __Latasha Denise Parker_____, )  Case No. __26-30806_____
              Debtor )
               )  Chapter __13_____

Latasha Denise Parker and Anthony B. Parker )
               )
_____ )
            Plaintiff )
             )
             v. )  Adv. Proc. No. __26-03255_____
Bao Nguyen; Phuong Pham Nguyen; August REI )
Holdings, LLC; TL Global, Inc.; and Hawkins Bend Trust )
            Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

                                Nathan Ochsner, Clerk of Court
                                P. O. Box 61010
Address of the clerk:    Houston, Texas 77208

                                515 Rusk Avenue
                                Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:    Benjamin S. Campagna
                                            18062 FM 529, Suite 212
                                          Cypress, Texas 77433
                                          713-570-6545  ben@texasplanninglaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                      *Nathan Ochsner, Clerk of Court*

Date: __August 12, 2026_____

                                        *s/ Amy Pearson*_____
                                        *Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name:             _____

Business Address:       _____

_____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

Southern _____ District Of  Texas _____

In re  Latasha Denise Parker _____ ,       )       Case No.  26-30806 _____
             Debtor       )
                    )       Chapter  13 _____
Latasha Denise Parker and Anthony B. Parker       )
_____       )
             Plaintiff       )
                    )
             v.       )       Adv. Proc. No.  26-03255 _____
Bao Nguyen; Phuong Pham Nguyen; August REI       )
Holdings, LLC; TL Global, Inc.; and Hawkins Bend Trust  )
             Defendant       )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.                Nathan Ochsner, Clerk of Court
                                    P. O. Box 61010
      Address of the clerk:   Houston, Texas 77208

                            515 Rusk Avenue
                            Houston, Texas 77002
At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

                                  Benjamin S. Campagna
Name and Address of Plaintiff's Attorney:   18062 FM 529, Suite 212
                                  Cypress, Texas 77433
                                  713-570-6545  ben@texasplanninglaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                       *Nathan Ochsner, Clerk of Court*

Date: August 12, 2026 _____

                                       *s/ Amy Pearson* _____
                                       *Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name:     _____

Business Address:     _____

_____

B2500A (Form 2500A) (12/15)

## United States Bankruptcy Court

<u>Southern</u> District Of <u>Texas</u>

In re <u>Latasha Denise Parker</u>, )    Case No. <u>26-30806</u>
Debtor )
)    Chapter <u>13</u>
Latasha Denise Parker and Anthony B. Parker )
<u> </u> )
Plaintiff )
)
v. )    Adv. Proc. No. <u>26-03255</u>
Bao Nguyen; Phuong Pham Nguyen; August REI )
Holdings, LLC; TL Global, Inc.; and Hawkins Bend Trust )
Defendant )

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.       Nathan Ochsner, Clerk of Court
P. O. Box 61010
Address of the clerk:     Houston, Texas 77208

515 Rusk Avenue
Houston, Texas 77002
At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:       Benjamin S. Campagna
18062 FM 529, Suite 212
Cypress, Texas 77433
713-570-6545  ben@texasplanninglaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: <u>August 12, 2026</u>

*s/ Amy Pearson*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# **CERTIFICATE OF SERVICE**

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑      Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑      Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑      Residence Service: By leaving the process with the following adult at:

❑      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑      Publication: The defendant was served as follows: [Describe briefly]

❑      State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____      Signature _____

            Print Name:     _____

            Business Address:     _____

                                    _____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

Southern **District Of** Texas

In re Latasha Denise Parker ,                )   Case No. 26-30806

Debtor                )

)   Chapter 13

Latasha Denise Parker and Anthony B. Parker    )

_____    )

Plaintiff                )

)

v.                )   Adv. Proc. No. 26-03255

Bao Nguyen; Phuong Pham Nguyen; August REI    )

Holdings, LLC; TL Global, Inc.; and Hawkins Bend Trust  )

Defendant              )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Nathan Ochsner, Clerk of Court
P. O. Box 61010

Address of the clerk:    Houston, Texas 77208

515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Benjamin S. Campagna
18062 FM 529, Suite 212
Cypress, Texas 77433
713-570-6545  ben@texasplanninglaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: August 12, 2026

*s/ Amy Pearson*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑    Residence Service: By leaving the process with the following adult at:

❑    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑    Publication: The defendant was served as follows: [Describe briefly]

❑    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

                       Print Name:     _____

                       Business Address: _____

                                         _____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

<u>Southern</u> District Of <u>Texas</u>

In re <u>Latasha Denise Parker</u> ,        )        Case No. <u>26-30806</u>
<u>Debtor</u>        )
        )        Chapter <u>13</u>
Latasha Denise Parker and Anthony B. Parker        )
<u>                              </u>        )
Plaintiff        )
        )
v.        )        Adv. Proc. No. <u>26-03255</u>
Bao Nguyen; Phuong Pham Nguyen; August REI        )
Holdings, LLC; TL Global, Inc.; and Hawkins Bend Trust        )
<u>Defendant</u>        )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Nathan Ochsner, Clerk of Court
P. O. Box 61010
Address of the clerk:        Houston, Texas 77208

515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:        Benjamin S. Campagna
18062 FM 529, Suite 212
Cypress, Texas 77433
713-570-6545  ben@texasplanninglaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: <u>August 12, 2026</u>

*s/ Amy Pearson*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name:     _____

Business Address:     _____

_____

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

**Southern** **District Of** **Texas**

In re **Latasha Denise Parker** ,                )      Case No. **26-30806**
       **Debtor**                                )
                                                 )      Chapter **13**
**Latasha Denise Parker and Anthony B. Parker**  )
_____                 )
       **Plaintiff**                             )
                                                 )
       v.                                        )      Adv. Proc. No. **26-03255**
**Bao Nguyen; Phuong Pham Nguyen; August REI**   )
**Holdings, LLC; TL Global, Inc.; and Hawkins Bend Trust** )
       **Defendant**                             )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Nathan Ochsner, Clerk of Court
P. O. Box 61010
Houston, Texas 77208

515 Rusk Avenue
Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Benjamin S. Campagna
18062 FM 529, Suite 212
Cypress, Texas 77433
713-570-6545  ben@texasplanninglaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: August 12, 2026

*s/ Amy Pearson*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

## **CERTIFICATE OF SERVICE**

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date _____     Signature _____

            Print Name:      _____

            Business Address: _____

                           _____